UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

       VS.            CASE NO. 6:21-mj-1566-EJK

**KEVIN A. TUCK** and
**NATHANIEL A. TUCK**

AUSA: Jennifer Harrington

Defense Attorney: Joseph Torres, CJA Panel Attorney
Roger Weeden, CJA Panel Attorney

| JUDGE: | **EMBRY J. KIDD**<br>United States Magistrate Judge | DATE AND TIME: | **July 15, 2021**<br>3:21-3:59PM<br>38 minutes |
|---|---|---|---|
| Courtroom: | 4C | TOTAL TIME: | |
| DEPUTY CLERK: | N. Rodriguez | REPORTER: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER: | None | PRETRIAL/PROB: | Ivette Suarez |

**CLERK'S MINUTES**
**INITIAL APPEARANCE (RULE 5)**

**(Rule 5c – District of Columbia)**
Case called, appearances made, procedural setting by the Court.
No issue as to competency.
Court advises the defendants of the counts in the Indictment.
Government advises of the potential penalties.
Defendants both request court appointed counsel; Court appoints CJA Panel attorneys Joseph Torres for Kevin Tuck and Roger Weeden for Nathaniel Tuck for proceedings in the MDFL.
Defendants waive Rule 5 & 5.1 hearings.
Government makes motion for both defendants' release with conditions.
Court grants motion and orders conditions of release be set.
Defendants are released with conditions as set forth in the Order Setting Conditions of Release.
Defendants shall appear at hearings set by the District Court of Columbia as instructed.
Court adjourned.